IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALBERTO TORRES | : | No. 10-104-2 |
| | : | |

**ORDER**

**AND NOW**, this 6th day of October, 2020, upon consideration of Alberto Torres's *pro se* Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 141) and the Government's Response in Opposition (Doc. No. 143), it is **ORDERED** that the Motion (Doc. No. 141) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE